Carmine A. LAURO, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Sept. 17, 2004.

### ORDER

PER CURIAM.

AND NOW, this 17th day of September, 2004, the above appeal is quashed pursuant to Rule 341, Pa.R.A.P.

COMMONWEALTH of Pennsylvania, Respondent

v.

Miguel GARCIA, Petitioner.

Supreme Court of Pennsylvania.

Sept. 17, 2004.

### ORDER

PER CURIAM.

AND NOW, this 17th day of September 2004, we **GRANT** the Petition for Allowance of Appeal, **LIMITED** to the following issue:

"Is it error for the trial court to give a 'no adverse inference' instruction in a multiple-defendant trial where one defendant requests the instruction and the other defendant waives his or her right to the instruction?"

We direct the parties to address the impact of *Commonwealth v. Edwards,* 535 Pa. 575, 637 A.2d 259, 261 (1993).

Anthony WILLIAMS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Sept. 21, 2004.

### ORDER

PER CURIAM.

AND NOW, this 21st day of September, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.